JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>RANCHO ELITE, LLC, a California Limited Liability; and Does 1-10,<br><br>    Defendant. | Case: 5:14-CV-02478-VAP-DTB<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: February 10, 2015 _____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE